UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEVEN COOPER,

                      Plaintiff,                              **NOTICE OF MOTION TO**
                                                                     **DISMISS PURSUANT TO**
                                                                       **RULE 12(b)(6)**

        -against-

THE CITY OF NEW YORK, POLICE LIEUTENANT
THOMAS JACOBS, POLICE OFFICER JESSICA            1:17-cv-01517-NGG-RLM
SCHRELL, POLICE SERGEANT BRENDAN RYAN,
P.O. JOHN DOES 1-10 the identity of whom is presently
unknown, in their individual and official capacities,
as New York City Police Officers, DANIEL O'CONNOR
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, Defendant, Thomas Jacobs, will move this Court at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza E., Brooklyn, NY 11201, on the 1st day of December, 2017, or as soon as counsel may be heard, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure partially dismissing the Complaint against Defendant Jacobs, and for such other, further and different relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that by Court Order, Plaintiffs shall serve their opposition papers by November 17, 2017, and Reply papers, if any, shall be served by December 1, 2017.

Dated: New York, New York
       October 12, 2017

                                Yours, etc.

                                KARASYK & MOSCHELLA, LLP

                                JAMES M. MOSCHELLA
                                *Attorneys for Defendant Thomas Jacobs*
                                233 Broadway, Suite 2340
                                New York, NY 10279
                                (212) 233-3800

To:    (Via ECF)

        Hon. Nicholas G. Garaufis
        United States District Judge
        Eastern District of New York
        225 Cadman Plaza E.
        Brooklyn, NY 11201

        Yitzchok Kotkes
        *Attorney for the Plaintiff*
        Barry R. Ferst & Associates
        194 South 8th Street
        Brooklyn, NY 11211
        (718) 298-4398

        Christopher Dominick DeLuca
        *Attorney for Defendant City of New York,*
        *P.O. Schrell, & P.O. Ryan*
        New York City Law Department
        100 Church Street
        New York, NY 10007
        (212) 356-3535

        Michael A. Delakas
        *Attorney for Defendant O'Connor*
        245 Fifth Avenue, Suite 1902
        New York, NY 10016
        (212) 321-0349