UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STEVEN COOPER,

                                        Plaintiff,

                -against-

THE CITY OF NEW YORK; POLICE LIEUTENANT
THOMAS JACOBS, POLICE OFFICER JESSICA
SCHRELL SHIELD NO. 26482, POLICE DEPARTMENT
SERGEANT BRENDAN RYAN, NEW YORK POLICE
OFFICERS JOHN DOES 1-10 the identity of whom is
presently unknown, in their individual and official
capacities as New York City Police Officers; DANIEL O'
CONNOR,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

17-CV-01517 (NGG) (RLM)

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Assistant Corporation Counsel Christopher DeLuca, dated October 13, 2017, and the exhibits annexed thereto; the accompanying Memorandum of Law, dated October 13, 2017; and upon all prior pleadings and proceedings had herein, defendants City of New York, Sergeant Brendan Ryan, and Police Officer Jessica Schrell (hereinafter "Defendants") will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's Amended Complaint against Defendants, with prejudice, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition to defendants' motion, if any, shall be served on or before November 17, 2017; and defendants shall serve their reply, if any, and file all motion papers and provide courtesy copies thereof to the Court on or before December 1, 2017.

Dated: New York, New York
October 13, 2017

>ZACHARY W. CARTER
>Corporation Counsel of the City of New York
>*Attorney for Defendants City of New York, Brendan Ryan, and Jessica Schrell*
>100 Church Street
>New York, New York 10007
>(212) 356-3535
>
>By: _____/s/_____
>Christopher D. DeLuca
>Assistant Corporation Counsel
>Special Federal Litigation Division

To: **BY FIRST CLASS MAIL & EMAIL**
Yitzhok Kotkes, Esq.
Barry R. Feerst, Esq.
Barry R. Feerst & Associates
Ephraim Savitt, Esq.
*Attorneys for Plaintiff*

Michael A. Delakas, Esq.
*Attorney for Co-Defendant O'Connor*

James M. Moschella, Esq.
*Attorney for Co-Defendant Jacobs*