UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN COOPER,

                               Plaintiff,

17-CV-01517 (NGG)(RLM)

**ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

            -against-

THE CITY OF NEW YORK, POLICE LIEUTENANT
THOMAS JACOBS, POLICE OFFICER JESSICA
SCHRELL, POLICE SERGEANT BRENDAN RYAN,
P.O. JOHN DOES 1-10 the identity of whom is presently
unknown, in their individual and official capacities,
as New York City Police Officers, DANIEL O'CONNOR

                      Defendants.
------------------------------------------------------------------X

Defendant, Thomas Jacobs, shown here as "Police Lieutenant Thomas Jacobs," by his attorneys, KARASYK & MOSCHELLA, LLP, as and for an Answer to Plaintiff's Second Amended Complaint, respectfully sets forth as follows:

### ANSWERING JURISDICTION AND VENUE

1.    Denies the allegations contained in paragraphs 1, 2 and 3 of the Second Amended Complaint and respectfully refers all questions of law and jurisdiction to the Court for future consideration.

### ANSWERING NOTICE OF CLAIM

2.    Denies knowledge or information sufficient to form a belief as to paragraphs 4, 5, and 6 of the Second Amended Complaint.

### ANSWERING DEMAND FOR JURY TRIAL

3.    Denies the allegations contained in paragraph 7 of the Second Amended Complaint and respectfully refers all questions of law and jurisdiction to the Court for future consideration.

## ANSWERING PARTIES

4. Denies knowledge or information sufficient to form a belief as to paragraphs 8, 9, 11, 12, 13, 14, 15, 16, 20 and 21 of the Second Amended Complaint.

5. Admit the allegations contained in paragraphs 10, 17 and 18 of the Second Amended Complaint.

6. Deny the allegations contained in paragraphs 19, 22, 23 and 24 of the Second Amended Complaint as they may relate to defendant Jacobs.

## ANSWERING STATEMENT OF FACTS

7. Deny the allegations contained in paragraphs 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 41, 42 and 55 of the Second Amended Complaint.

8. Deny the allegations contained in paragraphs 40, 45, 46, 47, 48, 49, 51, 52, 53, 54, 59, 60, 61, 62 and 63 of the Second Amended Complaint as they may relate to defendant Jacobs.

9. Denies knowledge or information sufficient to form a belief as to paragraphs 35, 38, 39, 43, 44, 50, 56, 57, and 58 of the Second Amended Complaint.

## ANSWERING AS TO FEDRAL CAUSES OF ACTION

## ANSWERING COUNT I

10. Defendant, answering paragraph 64, repeats and realleges all of his responses with full force and effect as fully set forth herein.

11. Deny the allegations contained in paragraphs 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80 and 81 of the Second Amended Complaint as they may relate to defendant Jacobs.

## ANSWERING COUNT II

12. Defendant, answering paragraph 82, repeats and realleges all of his responses with full force and effect as fully set forth herein.

13. Deny the allegations contained in paragraphs 83, 84, 85, 86, 87, 88 and 89 of the Second Amended Complaint as they may relate to defendant Jacobs.

## ANSWERING COUNT III

14. Defendant, answering paragraph 90, repeats and realleges all of his responses with full force and effect as fully set forth herein.

15. Deny the allegations contained in paragraphs 91, 92, 93, 94, 95, 96 and 97 of the Second Amended Complaint as they may relate to defendant Jacobs.

## ANSWERING COUNT IV

16. Defendant, answering paragraph 98, repeats and realleges all of his responses with full force and effect as fully set forth herein.

17. Deny the allegations contained in paragraphs 99, 100 and 101 of the Second Amended Complaint as they may relate to defendant Jacobs.

## ANSWERING COUNT V

18. Defendant, answering paragraph 102, repeats and realleges all of his responses with full force and effect as fully set forth herein.

19. Deny the allegations contained in paragraphs 103, 104 and 105 of the Second Amended Complaint as they may relate to defendant Jacobs.

## ANSWERING COUNT VI

20. Defendant, answering paragraph 106, repeats and realleges all of his responses with full force and effect as fully set forth herein.

21. Deny the allegations contained in paragraphs 107, 108 and 109 of the Second Amended Complaint.

## ANSWERING COUNT VII

22. Defendant, answering paragraph 110, repeats and realleges all of his responses with full force and effect as fully set forth herein.

23. Deny the allegations contained in paragraphs 111, 112 and 113 of the Second Amended Complaint.

## ANSWERING COUNT VIII

24. Defendant, answering paragraph 114, repeats and realleges all of his responses with full force and effect as fully set forth herein.

25. Deny the allegations contained in paragraphs 115 and 116 of the Second Amended Complaint as they may relate to defendant Jacobs.

## ANSWERING COUNT IX

26. Defendant, answering paragraph 117, repeats and realleges all of his responses with full force and effect as fully set forth herein.

27. Deny the allegations contained in paragraphs 118, 119 and 120 of the Second Amended Complaint as they may relate to defendant Jacobs.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

28. The complainant fails to state a claim against Defendant Jacobs upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

29. Any injury alleged to have been sustained results from Plaintiff's own culpable, criminal and/or negligent or negative conduct or the culpable, criminal and/or and negligent conduct of third parties and was not the proximate result of any act of Defendant Jacobs.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

30. Upon information and belief, the injuries or damages alleged in the Complaint may have been caused in whole or in part by the parties now or hereafter to be named as co-defendants or third-party defendants. Accordingly, the liability of Lieutenant Jacobs is, or may be limited, pursuant to the provisions of Article 16 of the CPLR.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

31. That any sums of consideration paid or promised to Plaintiff by any person(s) or corporation(s) claimed to be liable for the injuries or damages alleged in the Complaint shall reduce any judgment rendered in favor of Plaintiff against Lieutenant Jacobs to the extent of the greater of either the sums or considerations paid or promised to Plaintiff or the amount of the released tortfeasor's(s') equitable share(s) of the damages in accordance with General Obligation Law §15-108, et.seq

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

32. Plaintiff has failed to mitigate his alleged damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

33. Defendant Jacobs has not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

34. If any force was used by Defendant Jacobs, it was in self defense, and thus the result of the Plaintiff's own conduct.

35. If Defendant Jacobs used force against the plaintiff, he only used as much force as he reasonably perceived to be necessary under the circumstances.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

36. Plaintiff initiated any and all incidents involving Lieutenant Jacobs alleged in the complaint.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

37. There was probable cause for plaintiff's arrest and prosecution.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

38. Plaintiff's state law claims are barred either in whole or in part by the applicable statute of limitations.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

39. Plaintiff is barred from recovery herein because of the illegality of his conduct occurring simultaneously with all matters alleged in this complaint.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

40. There is no factual basis for requesting the imposition of punitive damages against Lieutenant Jacobs.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

41. Plaintiff's claim for punitive damages violates the Constitution of the United States and the Constitution of the State of New York and various statutory proscriptions thereof.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

42. Plaintiff is not entitled to recover damages against defendant Jacobs in this action under 42 U.S.C. §1983.

**WHEREFORE,** Defendant Thomas Jacobs requests judgment dismissing the Complaint in its entirety, together with the costs and disbursements of this action, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
August 14, 2019

                                  Yours, etc.

                                  KARASYK & MOSCHELLA, LLP

                                  JAMES M. MOSCHELLA
                                  *Attorneys for Defendant Thomas Jacobs*
                                  233 Broadway, Suite 2340
                                  New York, NY 10279
                                  (212) 233-3800

<u>Via Electronic Case Filing</u>
To:    Barry R. Feerst
        *Attorney for the Plaintiff*
        Barry R. Ferst & Associates
        194 South 8th Street
        Brooklyn, NY 11211
        (718) 384-9111

        City of New York
        New York City Law Department
        100 Church Street
        New York, NY 10007

W:\IRODRIG\MOSCHELLA\Jacobs,T.LT\answer2amendedcomplaint.wpd