

# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 090 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, Initial Arrests made | Complaint #: 2016-090-01717 | No Other Legacy Blue Versions | Complaint Revisions: View All Versions 0 1 |
|---|---|---|---|---|---|

| Occurrence Location: | NORTH WEST CORNER ROEBLING STREET & BROADWAY | NYC Parks Dept. Property Did this offense occur on NYC Parks Dept. Property? Command: NYC Parks Dept. Property Name: | Precinct: 090 Sector: B Beat: Post: |
|---|---|---|---|

Name Of Premise:
Premises Type: STREET
Location Within Premise:
Visible By Patrol?: NO

Occurrence From: 2016-03-20 16:00 SUNDAY
Occurrence thru: 2016-03-20   16:07
Reported: 2016-03-20   20:00
Complaint Received: RADIO

Aided # 000999999
Accident #
O.C.C.B. #

| SEALED | | SEALED |
|---|---|---|

**Classification: ASSAULT**
Attempted/Completed: COMPLETED
Most Serious Offense Is: MISDEMEANOR
PD Code: 101   ASSAULT 3
PL Section: 12000
Keycode: 344   ASSAULT 3 & RELATED OFFENSES

**Case Status: CLOSED**
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
Clearance Arrest Id:
Clearance AO Cmd:
File #: 38
Prints Requested? YES

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | | Child in Common? NO | Intimate Relationship? NO |

| SEALED | | SEALED |
|---|---|---|

| **If Burglary:** | **Alarm:** | **If Arson:** | **Taxi Robbery:** |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: NO |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: NO |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | -- | | Location of Pickup: |
| | Crime Prevention | | |

D_00004
app=... 4/26/2017

| | Survey Requested?: | | |
|---|---|---|---|
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : SGT KATRINCIC 90 | Canvas Conducted: YES | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O C/V STATES HE WAS PASSENGER IN A VEHICLE WHEN DEFT BEGAN THROWING OBJECTS AT VEHICLE. ANOTHER PASSENGER, DANIEL O'CONNOR ▮▮▮▮, EXITED VEHICLE AND ENGAGED IN AN ALTERCATION WITH DEFT. C/V EXITED VEHICLE TO BREAK UP THE ARGUMENT AND WAS STRUCK ON THE RIGHT SIDE OF FACE BY DEFT USING A CLOSED FIST CAUSING REDNESS TO FACE AND COMPLAINING OF PAIN. C/V FELL TO GROUND CAUSING SCRAPES TO RIGHT KNEE. C/V TREATED BY EMS AND RMA. AFTER INVESTIGATION, DEFT PLACED UNDER ARREST AT 90PCT.

Version 1. SYSTEM GENERATED

SEALED                                                                   SEALED

**No NYC TRANSIT Data for Complaint # 2016-090-01717**

SEALED                                                                   SEALED

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

## VICTIM: # 1 of 1

| Name: JACOBS, THOMAS | Complaint#: 2016-090-01717 |
|---|---|

- Nick/AKA/Maiden:
- UMOS: YES
- Sex/Type: MALE
- Race: ▮▮▮
- Age: ▮
- Date Of Birth: ▮▮▮
- Disabled? NO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? NO
- Is Victim fearful for their safety / life? NO
- Escalating violence / abuse by suspect? NO
- Were prior DIR's prepared for C/V? NO

- Gang/Crew Affiliation: NO
- Name:
- Identifiers:
- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: YES

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| BUSINESS | 1 POLICE PLAZA | MANHATTAN | NEW YORK | | |
| HOME-PERMANENT | | | NEW YORK | | |

Phone #: HOME: Not Provided/▮▮▮▮▮▮▮▮   BUSINESS:Not Provided/Unavailable   BEEPER: Not Provided/Unavailable
E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: DRIVING IN VEHICLE |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

SEALED                                                                   SEALED

## WANTED: # 1 of 1

| Name: COOPER, STEVEN | Complaint#: 2016-090-01717 | Arrested: YES |
|---|---|---|

- Nick/AKA/Maiden:
- Sex: MALE
- Race: WHITE
- Age: 42
- Date Of Birth: 10/23/1973
- U.S. Citizen: YES

- Height: 5FT7IN
- Weight: 140
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: SHORT
- Hair Style: CLOSE CUT

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated? NO
- Does Suspect abuse Drugs / Alcohol? NO

D_00005

|  |  |  |
|---|---|---|
| Place Of Birth: USA<br>Is this person not Proficient in English?: NO<br>If Yes, Indicate Language:<br>Accent: NO | Skin Tone: LIGHT<br>Complexion: CLEAR<br><br>S.S. #: 0 | Suspect threatened /attempted suicide? NO<br>Is the suspect Parole / Probation? NO<br>Relation to Victim: STRANGER<br>Living together: NO<br>Can be Identified: YES |
|  |  | Gang/Crew Affiliation: NO<br>Name:<br>Identifiers: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | 145 BROADWAY | BROOKLYN | NEW YORK | 11211 | 4 |  | 090 |

Phone #: HOME: - - CELL: 917-721-3333 BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: NO
Development:        N.Y.C. Transit Employee: NO

**Physical Force:** USED

**Weapons:**

Gun:
Weapon Used/Possessed: NONE          Make:              Recovered:
Non-Firearm Weapon:                  Caliber:           Serial Number Defaced:
Other Weapon Description:            Color:             Serial Number:
                                     Type:
                                     Other/Gun Specify:
                                     Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES -JEANS -BLUE |
| CLOTHING | OUTERWEAR -WAIST LENGTH JACKET -BLACK |
| CLOTHING | FOOTWEAR -SNEAKERS -BROWN |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | ARM -TATTOO WITH WORDS ONLY -DESCRIBE:KINKY |
| IMPERSONATION | UNKNOWN |

| SEALED |  | SEALED |
|---|---|---|

**ARRESTS:**   Complaint # 2016-090-01717

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| K16621359 | SEALED | COOPER, STEVEN | MALE | WHITE | 42 | 03/20/2016 |

| SEALED |  | SEALED |
|---|---|---|

No IMEI Data for Complaint # 2016-090-01717

| SEALED |  | SEALED |
|---|---|---|

D_00006
app=/loi...   4/26/2017

| Reporting/Investigating M.O.S. Name: | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| POF SCHRELL JESSICA | 953384 | 090 PCT | NYPD |
| Supervisor Approving Name: | Tax #: | Command: | Rep.Agency: |
| SGT BARNHART PEARL | 939242 | 090 PCT | NYPD |
| Complaint Report Entered By: | Tax #: | Command: | Rep.Agency: |
| POM HORUN | 928499 | 090 PCT | NYPD |
| Signoff Supervisor Name: | Tax #: | Command: | Rep.Agency: |
| SGT BARNHART | 939242 | 090 PCT | NYPD |

| SEALED | SEALED |
|---|---|

END OF COMPLAINT REPORT
# 2016-090-01717

Print this Report

D_00007