# Rickner PLLC

*Cooper v. NYC*, 17-cv-01517 (RPK)

Plaintiff DVD of MSJ Audio & Video
Exhibits, Nos. 16, 20-30, and 32-37

A DVD with digital copies of audio and video are
being provided to the Court and EDNY Clerk
on DVDs with this label.