This transcript was exported on Sep 02, 2021 - view latest version here.

| | |
|---|---|
| IAB Operator: | IAB, P.O. Lawrence |
| Sgt. Katrincic: | How are you doing, this is Sergeant Katrincic from the 9-0 precinct. I need to get a log number for an off-duty incident. |
| IAB Operator: | Okay sir can I have your tax? |
| Sgt. Katrincic: | Yes it's 940328. |
| IAB Operator: | 338? |
| Sgt. Katrincic: | 940328 |
| IAB Operator: | 328. Can I have a call back number? |
| Sgt. Katrincic: | [Redacted]. |
| IAB Operator: | Okay, when did the incident occur? |
| Sgt. Katrincic: | Approximately...hold on one second...do you have the icad up? I can tell you the location was at Roebling and Broadway. |
| IAB Operator: | Where is it? Roebling? |
| Sgt. Katrincic: | Roebling and Broadway |
| IAB Operator: | R-o-b? |
| Sgt. Katrincic: | R-o-e-b-l-i-n-g |
| IAB Operator: | R-o-e-b-l-i-n-g and Broadway? |
| Sgt. Katrincic: | Yeah. |
| IAB Operator: | Okay. |
| Sgt. Katrincic: | The job came over about 16:05 hours. |
| IAB Operator: | 16:05 |
| Sgt. Katrincic: | That's when the job came over. |
| IAB Operator: | Mm-hmm (affirmative.) And who's involved in the incident? |
| Sgt. Katrincic: | Lieutenant Thomas Jacobs from the 114. His tax number is 925507. |

This transcript was exported on Sep 02, 2021 - view latest version here.

| | |
|---|---|
| IAB Operator: | 925... |
| Sgt. Katrincic: | 507 |
| IAB Operator: | 507. 114 precinct. Okay what happened? |
| Sgt. Katrincic: | Mr. Jacobs was a passenger in a vehicle. The civilian apparently threw something at the vehicle, the driver of the vehicle got out, got into an altercation with the civilian. |
| IAB Operator: | It was a road rage incident? |
| Sgt. Katrincic: | We're still trying to figure that out. |
| IAB Operator: | Okay. |
| Sgt. Katrincic: | The lieutenant tried to get in between the civilian and his friend. At that point the civilian struck the lieutenant and the lieutenant struck him back. |
| IAB Operator: | Did he have any injuries? |
| Sgt. Katrincic: | Yeah they both have bruises to the face. |
| IAB Operator: | Any EMS? |
| Sgt. Katrincic: | EMS is coming to the scene now. |
| IAB Operator: | What precinct you are? |
| Sgt. Katrincic: | 9-0 |
| IAB Operator: | 9-0. Was the duty captain notified that's going to be investigating? |
| Sgt. Katrincic: | Yeah, Captain Morales. |
| IAB Operator: | Spell it. M-o-r-a-l-e-s? |
| Sgt. Katrincic: | Yes. |
| IAB Operator: | Do you know where is he from? |
| Sgt. Katrincic: | I don't. |
| IAB Operator: | Okay. You know command or a tax for him? |
| Sgt. Katrincic: | I don't. |

This transcript was exported on Sep 02, 2021 - view latest version [here.](here.)

| | |
|---|---|
| IAB Operator: | Okay. I have to look him up. Is he assigned to the borough? |
| Sgt. Katrincic: | Probably. |
| IAB Operator: | Okay. Anyone going to be placed on desk duty at this time? |
| Sgt. Katrincic: | Not right now. |
| IAB Operator: | Okay, so I'll come back with the lot number. |
| Sgt. Katrincic: | Thank you. |
| IAB Operator: | You're welcome, bye. |
| Sgt. Katrincic: | Bye. |