UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
STEVEN COOPER,

                Plaintiff,                              JUDGMENT
                                                           17-CV-1517 (RPK) (RLM)

                -against-

CITY OF NEW YORK; DANIEL O'CONNOR;
Police Lieutenant THOMAS JACOBS;
Police Officer JESSICA SCHRELL, Shield No. 26482;
Police Dpt. Sergeant BRENDAN RYAN; Police
Sergeant ADAM KATRINCIC; Captain DESMOND
MORALES; Police Officer NICHOLAS HORUN;
Lt. Tax #90962 STEVEN MONA; Police Sergeant P
EARL BARNHART; and NY Police Officers
JOHN DOES 1-10, the identity of whom is presently
unknown, in their individual and official capacities
as New York City Police Officers,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 26, 2022, granting Defendants' motions for summary judgment on Mr. Cooper's Section 1983 false-imprisonment and false-arrest claims, the state-law false-arrest claim, and the Section 1983 conspiracy claim; granting summary judgment as unopposed to Sgts. Barnhart and Ryan and to defendants on plaintiff's defamation claim; dismissing the John Doe Defendants; and declining to exercise jurisdiction over plaintiff's remaining state-law claims; it is

        ORDERED and ADJUDGED that Defendants' motions for summary judgment are granted on Mr. Cooper's Section 1983 false-imprisonment and false-arrest claims, the state-law false-arrest claim, and the Section 1983 conspiracy claim; that summary judgment is also granted as unopposed to Sgts. Barnhart and Ryan and to defendants on plaintiff's defamation claim; that

the John Doe defendants are dismissed; and that the Court declines to exercise jurisdiction over plaintiff's remaining state-law claims.

| | |
|---|---|
| Dated: Brooklyn, NY<br>September 27, 2022 | Brenna B. Mahoney<br>Clerk of Court<br><br>By: /s/Jalitza Poveda<br>Deputy Clerk |