**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STEVEN COOPER,

                        Plaintiff,

        vs

CITY OF NEW YORK; DANIEL O'CONNOR;
*Police Lieutenant* THOMAS JACOBS; *Police
Officer* JESSICA SCHRELL, *Shield No. 26482*;
*Police Dpt. Sergeant* BRENDAN RYAN;
*Police Sergeant* ADAM KATRINCIC; *Captain*
DESMOND MORALES; *Police Officer*
NICHOLAS HORUN; *Lt. Tax #90962* STEVEN
MONA; *Police Sergeant* PEARL BARNHART;
*and NY Police Officers* JOHN DOES 1-10, *the
identity of whom is presently unknown, in their
individual and official capacities as New York
City Police Officers*,

                        Defendants.

**NOTICE OF APPEAL**

17-CV-1517 (RPK) (RLM)

        Notice is hereby given that Plaintiff STEVEN COOPER hereby appeals to the United States Court of Appeals for the Second Circuit the Orders entered by the District Court for the Eastern District of New York in this action on September 29, 2018 (Dkt. No. 61); August 5, 2019 (Dkt. No 84); September 26, 2022 (Dkt. No 179); and the Clerk's Judgment entered on September 27, 2022 (Dkt. No. 180).

Dated:  New York, New York
        October 21, 2022

                        Rickner PLLC

                        By:        /s/

                                Rob Rickner

                        14 Wall Street, Suite 1603
                        New York, New York 10005
                        Phone: (212) 300-6506
                        Fax: (888) 390-5401
                        *Attorney for Plaintiff*